IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.P-A.,                                    *

    Petitioner,                          *

vs.                                        *

                                  CASE NO. 4:26-cv-708-CDL-ALS

WARDEN, STEWART DETENTION           *
CENTER, *et al.*,
                                           *
    Respondents.
                                           *

O R D E R

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

IT IS SO ORDERED, this 9th day of June, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA